# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERREL PINNOCK,<br><br>               Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP & LABORATORY CORPORATION OF AMERICA d/b/a LABCORP,<br><br>               Defendant. | Case No. 3:25-CV-30125-KAR<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant, Laboratory Corporation of America Holdings, hereby states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock; and

2. Defendant, Laboratory Corporation of America, hereby states that it is a wholly owned subsidiary of Laboratory Corporation of America Holdings, and that no publicly held corporation owns 10% or more of its stock.

Dated: August 12, 2025

                                                            **K&L GATES LLP**

                                                            */s/ Natalya R. Minoff*
                                                            Natalya R. Minoff
                                                           Mark D. Pomfret
                                                           1 Congress Street, Suite 2900
                                                           Boston, MA  02114-2023
                                                           Telephone: (617) 261-3147
                                                           Facsimile: (617) 261-3175
                                                           Email: Natalya.Minoff@klgates.com
                                                           Email: Mark.Pomfret@klgates.com

                                                           *Attorneys for Defendants*
                                                           *Laboratory Corporation of America Holdings*
                                                           *and Laboratory Corporation of America*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August, 2025, I electronically filed the foregoing **Rule 7.1 Corporate Disclosure Statement** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Alexander Sneirson
      Sneirson Law Firm
      75 Market Place, Suite 100
      Springfield, MA 01103
      Telephone: (413) 750-8008
      Email: alexander@sneirsonlawfirm.com


      */s/ Natalya R. Minoff*
      Natalya R. Minoff
      K&L Gates LLP
      1 Congress Street, Suite 2900
      Boston, MA 02114-2023
      Telephone: (617) 261-3147
      Facsimile: (617) 261-3175
      Email: Natalya.Minoff@klgates.com