# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERREL PINNOCK,<br><br>                  Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP & LABORATORY CORPORATION OF AMERICA d/b/a LABCORP,<br><br>                  Defendant. | Case No. 3:25-CV-30125-KAR |

## NOTICE OF APPEARANCE OF NATALYA R. MINOFF

Pursuant to Local Rule 83.5.2, please enter the appearance of Natalya R. Minoff, K&L Gates LLP, 1 Congress Street, Boston, Massachusetts, as counsel for Defendants Laboratory Corporation of America Holdings and Laboratory Corporation of America.

Dated: August 15, 2025

                                            **K&L GATES LLP**

                                            */s/ Natalya R. Minoff*
                                            Natalya R. Minoff (BBO #713447)
                                            1 Congress Street, Suite 2900
                                            Boston, MA  02114-2023
                                            Telephone: (617) 261-3147
                                            Facsimile: (617) 261-3175
                                            Email: Natalya.Minoff@klgates.com

                                            *Attorneys for Defendants*
                                            *Laboratory Corporation of America Holdings*
                                            *and Laboratory Corporation of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERREL PINNOCK,<br><br>                        Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP & LABORATORY CORPORATION OF AMERICA d/b/a LABCORP,<br><br>                        Defendant. | Case No. 3:25-CV-30125-KAR<br><br>**CERTIFICATE OF SERVICE** |

I, Natalya R. Minoff, hereby certify that on August 15, 2025, I caused a true and correct copy of the foregoing Notice of Appearance of Natalya R. Minoff to be served upon the following counsel of record via ECF:

        Alexander Sneirson
        Sneirson Law Firm
        1414 Main St., Suite 1345
        Springfield, MA  01144
        Telephone:  (413) 750-8008
        Email:  alexander@sneirsonlawfirm.com

        */s/ Natalya R. Minoff*
        Natalya R. Minoff (BBO #713447)
        K&L Gates LLP
        1 Congress Street, Suite 2900
        Boston, MA  02114-2023
        Telephone: (617) 261-3147
        Facsimile: (617) 261-3175
        Email: Natalya.Minoff@klgates.com