

October 20, 2025

Mark D. Pomfret
Partner
mark.pomfret@klgates.com

T +1 617 261 3100
F +1 617 261 3175

**VIA ECF**

Magistrate Judge Katherine A. Robertson
United States District Court for the District of Massachusetts
Division of Springfield
300 State St Ste 120
Springfield, MA 01105

Re:    **Pinnock v. Laboratory Corporation of America Holdings et al.
       Civil Action No. 3:25-CV-30125-KAR**

Dear Judge Robertson:

This firm represents Defendants, Laboratory Corporation of America Holdings and Laboratory Corporation of America (collectively, "**Defendants**"), in the above-referenced matter. In accordance with Your Honor's Electronic Order, dated September 23, 2025 (Dkt. No. 21) (the "**Order**"), we write jointly with counsel for Plaintiff, Sherrel Pinnock ("**Plaintiff**"), to provide the Court with a status update and respectfully request an additional thirty (30) day stay of the matter.

Since Your Honor entered the Order, Plaintiff's counsel represents that he has been in contact with both the United States Equal Employment Opportunity Commission ("**EEOC**") and the Massachusetts Commission Against Discrimination ("**MCAD**") regarding the administrative charge that preceded this matter and that remains open. Plaintiff's counsel further represents that the MCAD has indicated that it is processing the closure of the charge, and that the EEOC has stated that it will expedite issuance of the Notice of Right to Sue letter once it receives the MCAD's closure notice. Given Plaintiff's representations, the Parties respectfully request an additional thirty (30) day stay of the matter to afford Plaintiff further time to obtain the Notice of Right to Sue letter from the EEOC. Once the Notice of Right to Sue letter is secured, Plaintiff intends to file an amended complaint in the matter, and Defendants will then respond to the amended complaint.

Thank you for your time and consideration. Please let us know if the Court requires any further information at this time.

Respectfully submitted,

*Mark Pomfret*

cc:    All Counsel of Record (via ECF)